AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BODIFORD, LARRY A. | U. S. DISTRICT COURT | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE PARTTIME | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

620 McKenzie Avenue, 32401
P. O. BOX 2528, PANAMA CITY,
FLORIDA 32402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Hutto and Bodiford |
| 2. | Shareholder close corporation | B H & B, Inc. |
| 3. | Shareholder close corporation | Blight Manor, Inc. |
| 4. | Personal Representative | Estate #1 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | Florida State Employees Retirement Fund; eligible to draw at age 65 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/14 | Florida State Employees Retirement Fund; eligible to draw at age 65 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | 1st National Bank NW Fl | Partnership notes | K |
| 2. | 1st National Bank NWFL | B H & B note | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company Stock | E | Dividend | O | T | | | | | |
| 2. -Southern Company Stock | | | | | Buy | 01/16/14 | J | | |
| 3. -Southern Company Stock | | | | | Buy | 02/16/14 | J | | |
| 4. -Southern Company Stock | | | | | Buy | 03/06/14 | J | | |
| 5. -Southern Company Stock | | | | | Buy | 03/13/14 | J | | |
| 6. -Southern Company Stock | | | | | Buy | 04/10/14 | J | | |
| 7. -Southern Company Stock | | | | | Buy | 05/15/14 | J | | |
| 8. -Southern Company Stock | | | | | Buy | 06/06/14 | J | | |
| 9. -Southern Company Stock | | | | | Buy | 06/12/14 | J | | |
| 10. -Southern Company Stock | | | | | Buy | 07/10/14 | J | | |
| 11. -Southern Company Stock | | | | | Buy | 08/14/14 | J | | |
| 12. -Southern Company Stock | | | | | Buy | 09/05/14 | J | | |
| 13. -Southern Company Stock | | | | | Buy | 09/11/14 | J | | |
| 14. -Southern Company Stock | | | | | Buy | 10/16/14 | J | | |
| 15. -Southern Company Stock | | | | | Buy | 11/13/14 | J | | |
| 16. -Southern Company Stock | | | | | Buy | 12/05/14 | J | | |
| 17. -Southern Company Stock | | | | | Buy | 12/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tyndall FCU CD 32405 | A | Interest | K | T | | | | | |
| 19. 1st National Bk NW Fl $mrk | B | Interest | O | T | | | | | |
| 20. L-19 Lucas Lake Wash. Cty, Fl | | None | K | S | | | | | |
| 21. C-8,C-21,C-22 Hicks Lake, Wash.Cty, Fl | | None | J | S | | | | | |
| 22. BH&B,Inc. 32405 | A | Dividend | M | U | | | | | |
| 23. Raymond James IRA | A | Dividend | M | T | | | | | |
| 24. -Heritage Cash Turst | A | Interest | J | T | | | | | |
| 25. -Loomis sayles GLBL EQ & Income Fd | | | K | T | Buy (add'l) | 05/02/14 | K | | |
| 26. -Oppenheimer Steelpath MLP Income Fund Class C | | | | | Buy (add'l) | 11/08/14 | J | | |
| 27. -Columbia Thermostat Fund Class C | | | | | Sold | 05/30/14 | J | | |
| 28. -Pimco All asset | | | | | Sold | 01/29/14 | K | | |
| 29. -Henderson All Asset | | | | | Sold | 02/18/14 | J | | |
| 30. -Eaton Vance Richard Bernstein All Asset Strategy Fund Class C M/F | | | | | Sold | 05/02/14 | K | | |
| 31. -Neuberger Berman Global allocation fund class C M/F | | | | | Sold | 05/02/14 | K | | |
| 32. -Catallyst/Lyons Tactical allocation fund Class C M/F | | | | | Sold | 06/25/14 | K | | |
| 33. -Putnam Capital Spectrum Funk Class C M/F | | | | | Sold | 10/13/14 | K | | |
| 34. -Van Eck Global Hard Assets Fund Class C M/F | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Henderson European Focus Funk Class C M/F | | | | | Sold | 11/18/14 | J | | |
| 36. -Alger Spectra | | | | | | | | | |
| 37. -Oppenheimer International Small Company Fund C M/F | | | K | T | Buy (add'l) | 01/27/14 | J | | |
| 38. -Oppenheimer Global Opportunites | | | | | Sold | 11/18/14 | J | | |
| 39. -Putnam Capital Spectrum fund Class C M/F | | | | | Sold | 01/27/14 | J | | |
| 40. -Putnam Dynamic Asset Alloc. Growth Fund Class C mM/F | | | K | T | Buy | 01/28/14 | K | | |
| 41. -Columbia Convertible Securities Fund Class C M/F | | | J | T | Buy | 02/18/14 | J | | |
| 42. -Hotchkis Wiley Value Opportunitied Fund Class C M/F | | | K | T | Buy | 05/02/14 | K | | |
| 43. -Goldman Sachs MLP Energy Infrastructure Fund Class C M/F | | | K | T | Buy | 05/30/14 | K | | |
| 44. -Invesco Balanced Risk Allocation Fund Class C/ M/F | | | K | T | Buy | 05/25/14 | K | | |
| 45. -Janus Balanced Fund Class C M/F | | | K | T | Buy | 10/13/14 | K | | |
| 46. -Janus Balanced Fund Class C M/F | | | K | T | Buy | 10/20/14 | K | | |
| 47. -Putnam Global Sector Fund Class C M/F | | | J | T | Buy | 11/19/14 | J | | |
| 48. 1st NBNW FL C.D. | C | Interest | P1 | T | | | | | |
| 49. MetLife common stock | A | Dividend | J | T | | | | | |
| 50. Blight Manor, Inc. 32401 PC Fl. | | None | M | S | | | | | |
| 51. Hutto & Bodiford Profit Sharing | D | Interest | N | T | Buy | 06/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Piedmont Natural Gas stock | D | Dividend | M | T | | | | | |
| 53. -Piedmont Natural Gas stock | | | | | Buy | 01/15/14 | J | | |
| 54. -Piedmont Natural Gas stock | | | | | Buy | 02/14/14 | J | | |
| 55. -Piedmont Natural Gas stock | | | | | Buy | 03/14/14 | J | | |
| 56. -Piedmont Natural Gas stock | | | | | Buy | 04/15/14 | J | | |
| 57. -Piedmont Natural Gas stock | | | | | Buy | 04/15/14 | J | | |
| 58. -Piedmont Natural Gas stock | | | | | Buy | 05/15/14 | J | | |
| 59. -Piedmont Natural Gas stock | | | | | Buy | 06/13/14 | J | | |
| 60. -Piedmont Natural Gas stock | | | | | Buy | 07/15/14 | J | | |
| 61. -Piedmont Natural Gas stock | | | | | Buy | 07/15/14 | J | | |
| 62. -Piedmont Natural Gas stock | | | | | Buy | 08/15/14 | J | | |
| 63. -Piedmont Natural Gas stock | | | | | Buy | 09/15/14 | J | | |
| 64. -Piedmont Natural Gas stock | | | | | Buy | 10/15/14 | J | | |
| 65. -Piedmont Natural Gas stock | | | | | Buy | 11/14/14 | J | | |
| 66. -Piedmont Natural Gas stock | | | | | Buy | 12/15/14 | J | | |
| 67. Duke Energy | D | Dividend | M | T | | | | | |
| 68. --Duke Energy | | | | | Buy | 01/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Duke Energy | | | | | Buy | 02/17/14 | J | | |
| 70. --Duke Energy | | | | | Buy | 03/13/14 | J | | |
| 71. --Duke Energy | | | | | Buy | 03/20/14 | J | | |
| 72. --Duke Energy | | | | | Buy | 04/10/14 | J | | |
| 73. --Duke Energy | | | | | Buy | 05/19/14 | J | | |
| 74. --Duke Energy | | | | | Buy | 06/12/14 | J | | |
| 75. --Duke Energy | | | | | Buy | 06/18/14 | J | | |
| 76. --Duke Energy | | | | | Buy | 07/10/14 | J | | |
| 77. --Duke Energy | | | | | Buy | 08/18/14 | J | | |
| 78. -Duke Energy | | | | | Buy | 09/11/14 | J | | |
| 79. -Duke Energy | | | | | Buy | 09/18/14 | J | | |
| 80. -Duke Energy | | | | | Buy | 10/16/14 | J | | |
| 81. -Duke Energy | | | | | Buy | 11/17/14 | J | | |
| 82. -Duke Energy | | | | | Buy | 12/11/14 | J | | |
| 83. -Duke Energy | | | | | Buy | 12/18/14 | J | | |
| 84. Raymond James IRA | D | Distribution | L | T | | | | | |
| 85. -Janus Advisor Contrarian | | | | | Sold | 08/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -RJ Bank Deposit program | | | | | | | | | |
| 87. -Blackrock International Growth | | | J | T | Sold (part) | 02/03/14 | J | | |
| 88. -Blackrock International Growth | | | J | T | Sold (part) | 03/04/14 | J | | |
| 89. -Blackrock International Growth | | | J | T | Sold (part) | 08/27/14 | J | | |
| 90. -Blackrock International Growth | | | J | T | Sold (part) | 10/02/14 | J | | |
| 91. -Blackrock International Growth | | | J | T | Sold (part) | 11/26/14 | J | | |
| 92. -Guggenheim Enhned Eqty Incm Fund | | | | | Sold | 05/27/14 | J | | |
| 93. -Annaly Cap Mgmt Incorporated Reit | | | J | T | Buy | 05/27/14 | J | | |
| 94. Estate #1 | | None | J | T | | | | | |
| 95. -Homestead Bay County Florida | | None | M | S | | | | | |
| 96. Moonlight Bay, Bay County, Fl | | None | J | S | | | | | |
| 97. 1st National Bank Northwest Fl 32401 CD | A | Dividend | M | T | Buy | 03/18/14 | M | | |
| 98. Raymond James | D | Distribution | K | T | | | | | |
| 99. -Van Eck Global Hard Assets Fund Class C M/F | | | | | Buy | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III -A. There was no net income from my law practice during the reporting period.

Part III-B. Line 1. ▨ is retired from the Bay County School Board and ▨ is receiving retirement benifits from the State of Florida.

Part VI. Line 2. Construction loan to B H & B for infrastructure for B H & B subdivision.

Part VII Line 20. The assessed value of Lot L-19 is $32,000.00.

Part VII Line 21. The assessed value of Lots C-8, C-21 and C-22 is $15,000.00.

Part VII Column A Line 22. The gross value of BH&B, Inc. was determined by the accountant. Value method "F" was used. I have a one-third interest in BH&B, Inc.

Part VII Column A Line23. This IRA is owned by ▨.

Part VII Column A Line 50. The assessed value of Blight Manor, Inc. is $227,843.00.

Part VII Line 51. I contributed $9,457.39 to the Profit Sharing Plan.

Part VII Column A Line 84. This is my IRA. The distribution in line 84 comes from monthly sales from lines 85-93 totalling $500.00 in the aggregate. I no longer contribute annually.

Positions line 4 and Part VII Line 94. I am the Personal Representive of Estate #1. I am under the supervision of the Probate Court. Cash value is "J" or less. The assessed value of the Homestead is $101,405.00. Homestead property is excempt from evaluation in the probate inventory in Florida and if devised to siblings as is the case at issue is not subject to sell or other disposition by the personal representive. However the personal repres</tative has limited power to preserve and protect the property.

Part VII Line 95. The assessed value is $209,346.00.

Part VII Line 96. The assessed value of Moonlight Bay is $41,760.00. I own 1/3.

Part VII. Line 98. This account is owned by ▨. It was a mandatory withdrawal from her IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ LARRY A. BODIFORD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544